UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al. | Case No. 1:14-cv-130 |
| Plaintiffs | Senior Judge Sandra S. Beckwith |
| v. | Magistrate Judge Karen L. Litkovitz |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

| | |
|---|---|
| VERTIS L. DYE | Case No. 1:14-cv-243 |
| Plaintiff | Senior Judge Sandra S. Beckwith |
| | Magistrate Judge Karen L. Litkovitz |
| v. | |
| TIMOTHY LOWERY, et al. | |
| Defendants. | |

## ORDER GRANTING SUBSTITUTION OF THE UNITED STATES AS PARTY DEFENDANT

It is hereby ordered that the United States of America is substituted in place of named defendant Timothy Lowery. Defendant Lowery is named as a defendant in the Complaint filed by Plaintiff Vertis Dye in Case No. 1:14-cv-243.

_____
SANDRA S. BECKWITH, US District Judge
KAREN LITKOVITZ, US Magistrate Judge
United States District Court